**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **R V K Inc.** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **Liquor Land** |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-3793266** |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **250 Route 59, Unit 116** <br> **Suffern, NY 10901** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Rockland** <br> County | **Location of principal assets, if different from principal place of business** |
| | _____ <br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)  _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **R V K Inc.**                                                    Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

████  **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **R V K Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **R V K Inc.**

Name

Case number (*if known*) _____

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 7, 2026**

MM / DD / YYYY

**X** **/s/ Rengith Vijayakumar**

Signature of authorized representative of debtor

**Rengith Vijayakumar**

Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Ronald V. De Caprio**

Signature of attorney for debtor

Date  **April 7, 2026**

MM / DD / YYYY

**Ronald V. De Caprio**

Printed name

**Law Office of Ronald V. De Caprio**

Firm name

**18 Laurel Road**
**New City, NY 10956**

Number, Street, City, State & ZIP Code

Contact phone    **845-354-3212**

Email address    **rvd@decapriolaw.com**

**2812428 NY**

Bar number and State

Debtor name     **R V K Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  7, 2026**          **X /s/ Rengith Vijayakumar**
                                            Signature of individual signing on behalf of debtor

                                            **Rengith Vijayakumar**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Debtor name **R V K Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BAM Wine & Spirits Inc.** **319 Kingston Avenue, Suite 305 Brooklyn, NY 11213** | | **Vendor** | **Contingent Unliquidated Disputed** | | | **$3,276.00** |
| **BCB Bank** **860 Broadway Bayonne, NJ 07002** | | | **Contingent Unliquidated Disputed** | | | **$250,000.00** |
| **Capital One** **PO Box 981600 Boston, MA 02298-1600** | | | **Contingent Unliquidated Disputed** | | | **$15,000.00** |
| **Cellier Wines Distributin Inc.** **PO Box 910 Cutchogue, NY 11935** | | **Vendor** | **Contingent Unliquidated Disputed** | | | **$7,782.00** |
| **EIDL** **U.S. Small Business Administra PO Box 3918 Portland, OR 97208-3918** | | | **Contingent Unliquidated Disputed** | | | **$500,000.00** |
| **Empire Merchants North LLC PO Box 10 Coxsackie, NY 12051** | | | **Contingent Unliquidated Disputed** | | | **$26,944.76** |
| **Frederick Wildman & Sons Inc.** **PO Box 787027 Philadelphia, PA 19178** | | | **Contingent Unliquidated Disputed** | | | **$7,453.00** |
| **Independence Wine & Spirits** **165 Eileen Way, Suite 202-D Syosset, NY 11791** | | | **Contingent Unliquidated Disputed** | | | **$4,073.94** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | | **Contingent Unliquidated Disputed** | | | **$40,000.00** |
| **M S Walker Inc. 270 North Avenue, Suite 709 New Rochelle, NY 10801** | | | **Contingent Unliquidated Disputed** | | | **$3,101.52** |
| **Manhattan Beer Distributors 955 E. 149th Street Bronx, NY 10455** | | | **Contingent Unliquidated Disputed** | | | **$6,244.69** |
| **Michael Skurnick Wines Inc. PO Box 1315 Syosset, NY 11791** | | | **Contingent Unliquidated Disputed** | | | **$7,116.00** |
| **NYS Dept. Taxation & Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300** | | | **Contingent Unliquidated Disputed** | | | **$300,000.00** |
| **Poppy Bank 2250 Douglas Blvd. Roseville, CA 95661** | | | **Contingent Unliquidated Disputed** | | | **$749,000.00** |
| **Red Garden Inc. 365 New York 59 Monsey, NY 10952** | | | **Contingent Unliquidated Disputed** | | | **$3,410.00** |
| **Richgold Associates, L.P. 140 Linden Drive Berlin, CT 06037** | | **Use and Occupancy of Commercial Leasehold** | **Contingent Unliquidated Disputed** | | | **$93,000.00** |
| **Southern Wine and Spirits 313 Underhill Blvd Syosset, NY 11791** | | | **Contingent Unliquidated Disputed** | | | **$25,256.00** |
| **Tri Vin Imports Inc. 2 Clinton Place New Rochelle, NY 10801** | | | **Contingent Unliquidated Disputed** | | | **$6,011.57** |
| **Vinaio Imports Ltd. 654 Tiffany Street Bronx, NY 10474** | | | **Contingent Unliquidated Disputed** | | | **$7,722.55** |
| **Wolffer Estate Vineyard Inc. PO Box 933 Riverhead, NY 11901** | | | **Contingent Unliquidated Disputed** | | | **$10,200.00** |

Debtor name **R V K Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,276.00** |
|---|---|---|---|

**BAM Wine & Spirits Inc.**
**319 Kingston Avenue, Suite 305**
**Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number  **0861**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**BCB Bank**
**860 Broadway**
**Bayonne, NJ 07002**

Date(s) debt was incurred _

Last 4 digits of account number  **1987**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Capital One**
**PO Box 981600**
**Boston, MA 02298-1600**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,782.00** |
|---|---|---|---|

**Cellier Wines Distributin Inc.**
**PO Box 910**
**Cutchogue, NY 11935**

Date(s) debt was incurred _

Last 4 digits of account number **5010**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$424.40** |
|---|---|---|---|

**Dana Distributors, Inc.**
**52 Hatfield Lane**
**Goshen, NY 10924**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  S210**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**EIDL**
**U.S. Small Business Administra**
**PO Box 3918**
**Portland, OR 97208-3918**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,944.76** |
|---|---|---|---|

**Empire Merchants North LLC**
**PO Box 10**
**Coxsackie, NY 12051**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  8606**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,802.22** |
|---|---|---|---|

**Forum Brands LLC**
**999 South Oyster Bay Road**
**Suite 104**
**Bethpage, NY 11714**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  8446**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,453.00** |
|---|---|---|---|

**Frederick Wildman & Sons Inc.**
**PO Box 787027**
**Philadelphia, PA 19178**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0840**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,090.60** |
|---|---|---|---|

**Happy Hearts Wine LLC**
**4516 A8th Avenueq**
**Brooklyn, NY 11204**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  K101**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,073.94** |
|---|---|---|---|

**Independence Wine & Spirits**
**165 Eileen Way, Suite 202-D**
**Syosset, NY 11791**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  724E**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $965.60 |
|---|---|---|---|

**Kyodo Beverage Co., Inc.**
**744 Third Avenue**
**New York, NY 10017**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6501**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,101.52 |
|---|---|---|---|

**M S Walker Inc.**
**270 North Avenue, Suite 709**
**New Rochelle, NY 10801**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6137**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,244.69 |
|---|---|---|---|

**Manhattan Beer Distributors**
**955 E. 149th Street**
**Bronx, NY 10455**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.00 |
|---|---|---|---|

**Medco Atlantic Inc.**
**2711 Coney Island Avenue**
**Suite #4**
**Brooklyn, NY 11235**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9055**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,116.00 |
|---|---|---|---|

**Michael Skurnick Wines Inc.**
**PO Box 1315**
**Syosset, NY 11791**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0039**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**NYS Dept. Taxation & Finance**
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$347.17** |

**Park Street Imports LLC**
**Mail Code 5286**
**PO Box 660367**
**Dallas, TX 75266**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$749,000.00** |

**Poppy Bank**
**2250 Douglas Blvd.**
**Roseville, CA 95661**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown** |

**Porter Thomas et al.**
**560 Sylvan Avenue, Suite 3061**
**Englewood Cliffs, NJ 07632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$3,410.00** |

**Red Garden Inc.**
**365 New York 59**
**Monsey, NY 10952**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **9175**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$93,000.00** |

**Richgold Associates, L.P.**
**140 Linden Drive**
**Berlin, CT 06037**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Use and Occupancy of Commercial Leasehold**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$2,349.05** |

**RNDC New York LLC**
**1185 Avneue of the Americas**
**3rd Floor**
**New York, NY 10036**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **1375**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$2,295.00** |

**Royal Wine Corporation**
**63-65 Le Fante Way**
**PO Box 17**
**Bayonne, NJ 07002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **5170**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,256.00** |

**Southern Wine and Spirits**
**313 Underhill Blvd**
**Syosset, NY 11791**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2612**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,011.57** |

**Tri Vin Imports Inc.**
**2 Clinton Place**
**New Rochelle, NY 10801**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4249**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,722.55** |

**Vinaio Imports Ltd.**
**654 Tiffany Street**
**Bronx, NY 10474**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7213**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,200.00** |

**Wolffer Estate Vineyard Inc.**
**PO Box 933**
**Riverhead, NY 11901**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7035**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Law Offices of Matthew Lizotte**<br>**1 Blue Hill Plaza Lobby Level**<br>**Suite 1509**<br>**Pearl River, NY 10965** | Line  **3.23**<br><br>☐    Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $        **2,075,970.07** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        **2,075,970.07** |

BAM WINE & SPIRITS INC.
319 KINGSTON AVENUE, SUITE 305
BROOKLYN, NY 11213


BCB BANK
860 BROADWAY
BAYONNE, NJ 07002


CAPITAL ONE
PO BOX 981600
BOSTON, MA 02298-1600


CELLIER WINES DISTRIBUTIN INC.
PO BOX 910
CUTCHOGUE, NY 11935


DANA DISTRIBUTORS, INC.
52 HATFIELD LANE
GOSHEN, NY 10924


EIDL
U.S. SMALL BUSINESS ADMINISTRA
PO BOX 3918
PORTLAND, OR 97208-3918


EMPIRE MERCHANTS NORTH LLC
PO BOX 10
COXSACKIE, NY 12051


FORUM BRANDS LLC
999 SOUTH OYSTER BAY ROAD
SUITE 104
BETHPAGE, NY 11714


FREDERICK WILDMAN & SONS INC.
PO BOX 787027
PHILADELPHIA, PA 19178


HAPPY HEARTS WINE LLC
4516 A8TH AVENUEQ
BROOKLYN, NY 11204

INDEPENDENCE WINE & SPIRITS
165 EILEEN WAY, SUITE 202-D
SYOSSET, NY 11791


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


KYODO BEVERAGE CO., INC.
744 THIRD AVENUE
NEW YORK, NY 10017


LAW OFFICES OF MATTHEW LIZOTTE
1 BLUE HILL PLAZA LOBBY LEVEL
SUITE 1509
PEARL RIVER, NY 10965


M S WALKER INC.
270 NORTH AVENUE, SUITE 709
NEW ROCHELLE, NY 10801


MANHATTAN BEER DISTRIBUTORS
955 E. 149TH STREET
BRONX, NY 10455


MEDCO ATLANTIC INC.
2711 CONEY ISLAND AVENUE
SUITE #4
BROOKLYN, NY 11235


MICHAEL SKURNICK WINES INC.
PO BOX 1315
SYOSSET, NY 11791


NYS DEPT. TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300


PARK STREET IMPORTS LLC
MAIL CODE 5286
PO BOX 660367
DALLAS, TX 75266

POPPY BANK
2250 DOUGLAS BLVD.
ROSEVILLE, CA 95661


PORTER THOMAS ET AL.
560 SYLVAN AVENUE, SUITE 3061
ENGLEWOOD CLIFFS, NJ 07632


RED GARDEN INC.
365 NEW YORK 59
MONSEY, NY 10952


RICHGOLD ASSOCIATES, L.P.
140 LINDEN DRIVE
BERLIN, CT 06037


RNDC NEW YORK LLC
1185 AVNEUE OF THE AMERICAS
3RD FLOOR
NEW YORK, NY 10036


ROYAL WINE CORPORATION
63-65 LE FANTE WAY
PO BOX 17
BAYONNE, NJ 07002


SOUTHERN WINE AND SPIRITS
313 UNDERHILL BLVD
SYOSSET, NY 11791


TRI VIN IMPORTS INC.
2 CLINTON PLACE
NEW ROCHELLE, NY 10801


VINAIO IMPORTS LTD.
654 TIFFANY STREET
BRONX, NY 10474


WOLFFER ESTATE VINEYARD INC.
PO BOX 933
RIVERHEAD, NY 11901